1
2
3
4
5
6
7

FILED

11 APR 12 AM 9: 24

CLERK US DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY:

8          UNITED STATES DISTRICT COURT

9        CENTRAL DISTRICT OF CALIFORNIA

10

11  R.S., a minor by and through his          SA CV11-00536 AG (RNBx)
    Guardian Ad Litem STEPHANIE            Case No. _____
12  SENTELL, and PAMELA AMICI,

13              Plaintiffs,               ~~[PROPOSED~~ ORDER] GRANTING
                                          PETITION OF STEPHANIE
                                          SENTELL FOR APPOINTMENT AS
14                                        GUARDIAN AD LITEM FOR R.S.,
                                          A MINOR
15      vs.
                                          [Fed. R. Civ. P. 17(c) and Cal. Code
16                                        Civ. Proc. § 373]

    CITY OF LONG BEACH, and DOES          [Consent of Nominee to Appointment as
17  1-10, inclusive,                      Guardian ad Litem for R.S.; and
                                          (Proposed) Order *filed concurrently*
18              Defendants.               *herewith*]

19

20

21

22

23    CLERK U.S. DISTRICT COURT
      CENTRAL DIST. OF CALIF.
24        LOS ANGELES

25    BY:

26

27

28

LODGED

11 APR 27 PM 1:07

1

ORDER APPOINTING GUARDIAN AD LITEM

2       The Court, having considered the petition of STEPHANIE SENTELL for

3 appointment as Guardian ad Litem for R.S., a minor, who is a plaintiff in the above

4 entitled action, and good cause appearing, IT IS HEREBY ORDERED that

5 STEPHANIE SENTELL be appointed guardian ad litem for R.S.

6

7 Dated: _____April 11, 2011_____

8

9                 _____

                      Magistrate Judge

10                 United States District Court

                Central District of California

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PETITION FOR APPOINTMENT OF GUARDIAN AD LITEM