# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.S., a minor by and through his Guardian Ad Litem STEPHANIE SENTELL, and PAMELA AMICI<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LONG BEACH<br><br>Defendant. | Case No.: SACV11-00536 AG (RNBx) consol with CV11-06379-AG(RNBx)<br><br>Honorable Andrew Guilford<br><br>**ORDER ON STIPULATION TO CONSOLIDATE** |

BASED UPON THE STIPULATION executed on behalf of Plaintiffs, R.S., a minor by and through his Guardian Ad Litem STEPHANIE SENTELL, and PAMELA AMICI, and on behalf of Plaintiff, MARK ZERBY, and on behalf of Defendant, CITY OF LONG BEACH, based upon the provisions of Federal Rule of Civil Procedure 42(a) and good cause appearing, **THE COURT ORDERS**:

/ / /

/ / /

/ / /

/ / /

1

**ORDER UPON STIPULATION TO CONSOLIDATE**

1  That Case No. SACV11-00536-AG(RNBx) and CV11-06379-AG(RNBx) be
2  consolidated for all purposes, with Case No. SACV11-00536-AG(RNBx) being
3  designated as the lead case. All documents shall bear the case number SACV 11-
4  0536-AG(RNBx) consolidated with SACV11-00536-AG(RNBx).

6  DATED: September 30, 2011

   _____
   ANDREW J. GUILFORD
   Judge of the United States District Court